**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 6:23-CR-00127-JDK |
| v. | § | |
| | § | |
| | § | |
| TRAVIS CHARLES SMITH III | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Travis Charles Smith, III be sentenced to eight months imprisonment, to run consecutive with any term of imprisonment imposed in Case Number 6:23-cr-00115-001, and with no supervised release to follow. The Court recommends to the Bureau of Prisons that the place of confinement be FMC Fort Worth, Texas, or, alternatively, FCI Bastrop, Texas.

1

So **ORDERED** and **SIGNED** this **1st**   day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE